UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 19 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOHNATHAN TALBOT,<br><br>    Plaintiff – Appellant/<br><br>    Cross-Appellee,<br><br> v.<br><br>MANOAH AINUU and THE NORTH FACE, a Delaware Company,<br><br>    Defendants – Appellees/<br><br>    Cross-Appellants. | Nos. 24-2038, 24-2135, 24-2144<br><br>D.C. No.<br>2:23-cv-00066-BMM<br>District of Montana,<br>Butte<br><br>ORDER |

    The reply brief on cross-appeal submitted by Appellee/Cross-Appellant Manoah Ainuu is filed.

    Within 7 days of this order, Appellee/Cross-Appellant must file 6 copies of the brief in paper format bound with gray front cover pages. Each copy must include certification at the end that the copy is identical to the electronic version. The Form 18 certificate is available on the Court's website, at http://www.ca9.uscourts.gov/forms.

    The paper copies must be sent to the Clerk's principal office. The delivery and overnight mailing address is 95 Seventh Street, San Francisco, CA 94103. The regular U.S. mailing address is P.O. Box 193939, San Francisco, CA 94119-3939.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT